IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>PUBLIC HOLDINGS, INC.,<br><br>Defendant. | Civil Case Number: 1:21-cv-01696-LJL |

**[~~PROPOSED~~] DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 3, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-01696-LJL**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS __8__ day of June 2021.

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE